UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
AMANDA BROWN,                                                          :
:
Plaintiff,                            :
:         21 Civ. 7087 (JPC)
-v-                                                    :
:                ORDER
COLUMBIA UNIVERSITY IRVING MEDICAL              :
CENTER *et al.*,                                                       :
:
Defendant.                            :
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On December 28, 2021, after having been notified that the parties to this case had reached a settlement in principle with the help of the Court-annexed mediation program, the Court issued an Order dismissing this case without prejudice to its being restored to the Court's calendar should an application for restoration be filed within thirty days of the date of the Order. Dkt. 18. Subsequently, on five occasions Plaintiff requested that the Court extend that thirty-day period because the parties had yet to finalize their settlement, *see* Dkts. 19, 21, 23, 25, 27, and on each occasion the Court granted the request, such that June 27, 2022 became the final deadline for the parties to seek restoration of the case, *see* Dkts. 20, 22, 24, 26, 28. Subsequently, on June 24, 2022, Plaintiff requested that the case be reopened because it was no longer clear that continued negotiations would result in an executed settlement agreement. Dkt. 29. The Court granted that request on June 27, 2022, and reopened the case. Dkt. 30. Since that date, however, neither party has filed any documents on the docket. The parties are therefore ordered to submit a status letter by July 17, 2023, informing the Court of what further steps they have taken since this case was reopened, of what the present status of the case is, and, if appropriate, of what next steps they propose to take towards either litigating or resolving this case.

SO ORDERED.

Dated: July 10, 2023
      New York, New York

_____
JOHN P. CRONAN
United States District Judge