UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                :

AMANDA BROWN,                           :
                                :

                   Plaintiff,         :
                                :           21 Civ. 7087 (JPC)

         -v-                    :
                                :        ORDER OF DISMISAL

COLUMBIA UNIVERSITY IRVING MEDICAL   :
CENTER *et al.*,                      :
                                :

                  Defendants.      :
                                :
-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      The Court has been informed that the parties have reached a settlement in principle in this

case, and furthermore that the primary obstacles to the finalization of that settlement have been

removed through the agreement of the parties.  Dkt. 32.  Accordingly, it is hereby ORDERED that

this action is DISMISSED without costs and without prejudice to restoring the action to the Court's

calendar, provided the application to restore the action is made within thirty days of this Order in

the event the settlement agreement is not completed and executed.  Any such application filed after

thirty days from the date of this Order may be denied solely on that basis.  If the parties wish for

the Court to retain jurisdiction for the purposes of enforcing any settlement agreement, they must

submit the settlement agreement to the Court by the deadline to reopen to be "so ordered" by the

Court.  Pursuant to 3.F of the Court's Individual Rules and Practices for Civil Cases, unless the

Court orders otherwise, the Court will not retain jurisdiction to enforce a settlement agreement

unless it is made part of the public record.  Any pending motions are moot.  All conferences are

canceled.  The Clerk of Court is respectfully directed to close the case.

SO ORDERED.

Dated: July 18, 2023
     New York, New York

_____
JOHN P. CRONAN
United States District Judge