```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
AMANDA BROWN,                                               :
                                                            :    21-CV-7087 (JPC) (RWL)
                                       Plaintiff,           :
                                                            :
              - against -                                   :    ORDER
                                                            :
COLUMBIA UNIVERSITY IRVING                                  :
MEDICAL CENTER, et al,                                      :
                                                            :
                                       Defendants.          :
------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

On September 29, 2023, Plaintiff's attorney, Steven Seltzer, filed a motion to withdraw, and to assert a charging lien, due to Plaintiff's lack of cooperation. (Dkt. 39.) The Court has issued three orders granting Plaintiff extensions to respond to the motion in light of the parties discussing resolution. (*See* Dkts. 48, 50, 53.) The last order, issued on November 30, 2023, extended Plaintiff's time to respond to December 14, 2023. (Dkt. 53.) Plaintiff has not filed anything on the docket or otherwise reached out to the Court. Accordingly, by December 27, 2023, the parties will submit a brief status update to the Court.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: December 18, 2023
       New York, New York

Copies transmitted this date to all counsel of record.

1